39 So.2d 927

**Bird YOUNG v. CITY OF HUNTSVILLE.**

8 Div. 744.

Court of Appeals of Alabama.
Feb. 1, 1949.

Wm. C. Rayburn, of Guntersville, for appellant.

Joe Starnes, of Guntersville, for appellee.

BRICKEN, Presiding Judge.
Affirmed, want of assignments of error.

39 So.2d 64

**William YOUNGBLOOD v. STATE.**

8 Div. 690.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.